JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS MACKEY, | ) Case No. CV 15-9421-GW(SP) |
| Petitioner, | ) |
| | ) |
| v. | ) **JUDGMENT** |
| | ) |
| Warden, | ) |
| | ) |
| Respondent. | ) |

Pursuant to the Memorandum and Order Denying Extension Motion and Summarily Dismissing Action,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: January 4, 2016

_____

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE